MILES EHRLICH, State Bar No. 237954
miles@ramsey-ehrlich.com
ISMAIL RAMSEY, State Bar No. 189820
izzy@ramsey-ehrlich.com
AMY CRAIG, State Bar No. 269339
amy@ramsey-ehrlich.com
KATHARINE KATES, State Bar No. 155534
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>    Debtor.<br><br>RAMSEY & EHRLICH, LLP,<br><br>    Appellant<br>v.<br><br>GOOGLE, LLC, and UBER TECHNOLOGIES, INC.,<br><br>    Appellees | Case No. 20-cv-09336 (WHA)<br><br>**PARTIES' STIPULATION AND [PROPOSED] SCHEDULING ORDER TO AFFORD TIME TO FINALIZE SETTLEMENT**<br><br>*Appeal from*<br><br>BANKRUPTCY CASE<br>NO.: 20-30242 (HLB)<br>Chapter 11 |

**STIPULATION AND PROPOSED ORDER**

Ramsey & Ehrlich, LLP ("R&E"), Appellant, along with Google LLC ("Google") and Uber Technologies, Inc. ("Uber"), Appellees (together with Appellant, the "Parties"), stipulate and agree as follows:

Pending before this Court is R&E's appeal from an order issued by United States Bankruptcy Court Judge Hannah Blumenstiel denying a stipulation with Debtor Anthony Levandowski that would have authorized R&E to receive the prepetition flat fee retainer that Mr. Levandowski paid to R&E for its work representing him in the criminal case.  Dkt. No. 1.

On March 1, 2021, based on the Parties' stipulation and in order to allow the Parties to mediate and potentially resolve the dispute, this Court continued the time within which R&E was to file its principal brief as Appellant until April 9, 2021. Dkt. No. 5.

On April 9, 2021, based on the Parties' second stipulation and in order to allow the Parties additional time to resolve the dispute, this Court continued the time within which R&E was to file its principal brief as Appellant until May 14, 2021.  Dkt. No. 9.

As of today, the Parties have reached an agreement on all essential terms of a settlement of the disputed issues.  The Parties jointly request that this Court afford additional time to allow the Parties to finalize that settlement, including obtaining consent from the Debtor and approval from the Bankruptcy Court, so that R&E can dismiss the appeal before this Court.  Should the Parties fail to obtain the required consent of the Debtor and approval of the settlement by the Bankruptcy Court, however, R&E would then pursue the appeal and file its principal brief.  As a result, the Parties jointly request that R&E's opening brief, if necessary, be due two weeks after the Parties either fail to obtain the required consent of the Debtor to the settlement or the Bankruptcy Court denies approval of the settlement.   The related filing deadlines will remain as set forth in the Initial Case Management Order.

//

Dated:  May 14, 2021

Respectfully submitted,

RAMSEY & EHRLICH LLP

By: /s/ _____
    Miles Ehrlich

By: /s/ _____
    Debra I. Grassgreen
    PACHULSKI STANG ZIEHL & JONES LLP
    *Attorneys for Uber Technologies, Inc.*

By: /s/ _____
    John W. Berry
    MUNGER, TOLLES & OLSON LLP
    *Attorneys for Google LLC*

### [PROPOSED] ORDER

Based on this stipulation and good cause having been shown, Ramsey & Ehrlich may file its principal brief in the above-captioned appeal from the Bankruptcy Court two weeks after either the debtor declines his consent to the settlement or the Bankruptcy Court declines to approve the settlement, the related filing deadlines will remain as set forth in the Initial Case Management Order;

IT IS SO ORDERED.

Dated: _____, 2021

_____
The Honorable William Alsup
United States District Judge

## ATTESTATION

I, Miles Ehrlich, am the ECF User whose identification and password are being used to file the **PARTIES' STIPULATION AND [PROPOSED] SCHEDULING ORDER TO AFFORD TIME TO FINALIZE SETTLEMENT.** In compliance with Local Rule 5-1(i)(3), I hereby attest that Debra Grassgreen and John Berry have concurred with this filing.

Dated:  May 14, 2021                          Respectfully submitted,

                                              RAMSEY & EHRLICH LLP

                                              By:   /s/
                                                    Miles Ehrlich