MILES EHRLICH, State Bar No. 237954
miles@ramsey-ehrlich.com
ISMAIL RAMSEY, State Bar No. 189820
izzy@ramsey-ehrlich.com
AMY CRAIG, State Bar No. 269339
amy@ramsey-ehrlich.com
KATHARINE KATES, State Bar No. 155534
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> ANTHONY SCOTT LEVANDOWSKI, <br><br> Debtor. <br><br> RAMSEY & EHRLICH, LLP, <br><br> Appellant <br> v. <br><br> GOOGLE, LLC, and UBER TECHNOLOGIES, INC., <br><br> Appellees | Case No. 20-cv-09336 (WHA) <br><br> **NOTICE OF ERRATA** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Document No. 10 (Dkt. 10), Stipulation and [Proposed] Order to Afford Time to Finalize Settlement, was incorrectly filed under party Anthony Levandowski when it should have been filed under party Ramsey & Ehrlich LLP.  Ramsey & Ehrlich subsequently filed the stipulation as Document No. 11 (Dkt. 11) under the correct party name.  With the Court's authorization, we would request that Document Entry 10 (Dkt. 10) be voided due to this error.

Dated:  May 14, 2021                     Respectfully submitted,

                                         RAMSEY & EHRLICH LLP

                                         By:  /s/ _____
                                               Amy Craig